**Les BROWNLEE, Acting Secretary of the Army, Appellant,**

v.

**RAYTHEON COMPANY, Appellee.**

No. 04–1231.

United States Court of Appeals, Federal Circuit.

DECIDED: July 9, 2004.

David C. Hoffman, Principal Attorney, Bryant G. Snee, David M. Cohen, Of Counsel, Washington, DC, for Appellant.

John J. Pavlick, Principal Attorney, Rebecca E. Pearson, Of Counsel, Venable, Baetjer, Washington, DC, for Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Edmund M. WILLIAMS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3193.

United States Court of Appeals, Federal Circuit.

DECIDED: July 12, 2004.

Edmund M. Williams, of Counsel, Brooklyn, NY, for Petitioner.

Gregory T. Jaeger, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

**ON MOTION**

*ORDER*

Edmund M. Williams moves without opposition to voluntarily dismiss 04–3193.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.